### JOHNS v. VILLAGE OF SALAMANCA et al.

(Supreme Court, Appellate Division, Fourth Department. December 2, 1908.)

Appeal from Special Term, Cattaraugus County.

In the matter of the claim of Charles F. Johns against the Village of Salamanca and another for damages for a change in the grade of a street. From an order affirming in part and disaffirming in part the report of commissioners appointed to ascertain the damages suffered by the petitioner, Charles F. Johns, both parties appeal. Reversed and report of commissioners vacated and a rehearing ordered before new commissioners.

Argued before McLENNAN, P. J., and SPRING, WILLIAMS, KRUSE, and ROBSON, JJ.

Frank H. Callan, for appellant.
Geo. H. Ansley, for respondent Village of Salamanca.
Thos. H. Dowd, for respondent Erie R. Co.

PER CURIAM. Order reversed, and report of commissioners vacated and set aside, and a rehearing ordered before new commissioners, with costs to abide the event, upon the opinion of WILLIAMS, J., in matter of claim of Augusta Johns against same defendants, decided at this term of court (114 N. Y. Supp. 707).

SPRING and ROBSON, JJ., concur in result upon the grounds stated in memorandum by SPRING, J., in that case. KRUSE, J., votes for reversing the order of the Special Term and confirming the report of the commissioners, upon the grounds stated in his opinion in that case. McLENNAN, P. J., votes for affirmance.